UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EPIMENIO YSASSI, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-07-401 |
| | § | |
| MEECORP CAPITAL MARKETS, L. L. C., *et* | § | |
| *al*, | § | |
| | § | |
| Defendants. | § | |

## STRIKE ORDER

On this day, the Clerk has filed "Plaintiffs' Motion for Non-Suit Without Prejudice" (D.E. 15) in the above-styled action.  However, this Motion is deficient because it does not contain a certificate of consultation, as required by Local Rule 7.1.  See S.D. Tex. L.R. 7.1(D) (all motions not labeled "unopposed" must "contain an averment that ... the movant has conferred with the respondent").  Therefore, the Clerk is hereby ORDERED to strike "Plaintiffs' Motion for Non-Suit Without Prejudice" (D.E. 15) from the record and to notify counsel of such action.

SIGNED and ORDERED this 28th day of November, 2007.

_____
Janis Graham Jack
United States District Judge