UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EPIMENIO YSASSI, *et al*, § <br> § <br> Plaintiffs, § <br> VS. §    CIVIL ACTION NO. C-07-401 <br> § <br> MEECORP CAPITAL MARKETS, L. L. C., *et* § <br> *al*, § <br> § <br> Defendants. § | |

## FINAL JUDGMENT

On this day, this Court entered an Order dismissing all claims of Plaintiffs Epimenio Ysassi and Ysassi & Ysassi, P.C. against Defendants Rodrigo Ramon, Jr., Paula Wakefield, Elias Vasquez, City of Robstown, Texas, Texas Municipal League - Intergovernmental Risk Pool, and Michael Edrei.  Pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is no just reason for delay and therefore enters final judgment in favor of Defendants Rodrigo Ramon, Jr., Paula Wakefield, Elias Vasquez, City of Robstown, Texas, Texas Municipal League - Intergovernmental Risk Pool, and Michael Edrei, against Plaintiffs Epimenio Ysassi and Ysassi & Ysassi, P.C.

FINAL JUDGMENT is rendered.

SIGNED and ORDERED this 28th day of November, 2007.

_____
Janis Graham Jack
United States District Judge